NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

April 14, 2022

## ERRATA

---

Appeal No. 2021-1746

**WILLIAM KOOPMANN, ET AL.,**
*Plaintiffs*

**WILLIAM ROYALL, JR.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  April 11, 2022
Non-Precedential Opinion

---

Please make the following change to the nature of proceedings section of the opinion:

"Appeal from the United States Court of Federal Claims in No. 1:09-cv-00333-TMD, Judge Thompson M. Dietz." is changed to "Appeal from the United States Court of Federal Claims in No. 1:09-cv-00333-EMR, Judge Eleni M. Roumel."